## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

JACOB LUAL AKER                                                              PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:09-CV-243-S

NORTON HEALTHCARE                                                         DEFENDANT

### MEMORANDUM OPINION AND ORDER

Plaintiff, Jacob Lual Aker, filed a *pro se*, *in forma pauperis* complaint pursuant to Title

VII of the Civil Rights Act of 1964 on a court-approved form for filing such a complaint (DN 1).

This matter is before the Court for screening pursuant to 28 U.S.C. § 1915A and *McGore v.*

*Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

Plaintiff alleges that Defendant terminated his employment based on his race, color,

religion, and national origin.  Plaintiff states in his complaint that he received a right-to-sue letter

from the Equal Employment Opportunity Commission (EEOC) on December 20, 2008.  He did

not file his complaint until April 2, 2009.  He does not attach a copy of the right-to-sue letter to

his complaint as instructed on the Court's form complaint.

In order for federal courts to have subject matter jurisdiction of Title VII claims, the

claimant must first unsuccessfully pursue administrative relief.  *Love v. Pullman Co.*, 404 U.S.

522, 523 (1972).  Courts have thus held that if the claimant did not first present a claim to the

Equal Employment Opportunity Commission (EEOC), that claim may not be brought before the

court.  *Lowe v. City of Monrovia*, 775 F.2d 998, 1003 (9th Cir. 1985).  Once the EEOC has

issued a decision and a claimant has received notice of the decision, the claimant has ninety days

to file a lawsuit.  42 U.S.C. § 2000e-5(f)(1); *see Reynolds v. Solectron Global Serv.*, 358 F.

Supp. 2d 688, 693 (W.D. Tenn. 2005).  Here, it appears that the ninety-day time limit expired

before the complaint was filed, which would necessitate dismissal for untimeliness.

Accordingly, **IT IS ORDERED** that **within 30 days** of entry of this Order, Plaintiff shall

show cause why his Title VII lawsuit should not be dismissed as untimely. Plaintiff is

**WARNED** that failure to comply with this Order will result in dismissal.

Date:

cc:     Plaintiff, *pro se*

4411.009